IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01050-LTB


MARK ANTHONY MAGNUM, individually as a prisoner under the control and custody
and care of the Defendants,

Plaintiff,

v.

RICK RAEMISCH, In his Official Capacity as the Executive Director of the Colorado
Department of Corrections, an Employee of the State of Colorado,
BRANDON C. SHAFFER, In his Official Capacity as Chairman of the Colorado State
Board of Parole, an Employee for the State of Colorado,
JOHN DOE #1, In his Individual Capacity, John Doe #1 in his or her Official
and Individual Capacity as a Colorado State Board of Parole, Administrative
Hearing Officer or Administrative Law Judge, an Employee of the State of
Colorado,
MATTHEW GOLDBERG, In his Official and Individual Capacity as Colorado
Department of Corrections Parole Officer, an Employee of the Colorado
Department of Corrections,
KRISTIN WATT, In her Official and Individual Capacity as a Colorado Department of
Corrections Parole Officer, an Employee of the Colorado Department of
Corrections,
JOHN DOE #2, In his Official and Individual Capacity as a Colorado Department of
Corrections Parole Officer, an Employee of the Colorado Department of
Corrections,
JOHN DOE #3, In his Official and Individual Capacity as a Colorado Department of
Corrections Parole Officer, and Employee of the Colorado Department of
Corrections,

Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on July 29, 2015, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 29 day of July, 2015.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/  A. García Gallegos

Deputy Clerk